JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA PELLITTERI,<br>　　　　Plaintiff(s),<br>vs.<br>TANGLE TEEZER LTD. et al.,<br>　　　　Defendant(s). | Case No. 2:22-cv-05310-RGK-MAAx<br><br>**ORDER DISMISSING ACTION FOR LACK OF PROSECUTION** |

　　　　On November 1, 2022, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution ("OSC") [20], which ordered plaintiff to file proof of timely service of the summons and complaint on all defendants or respond to the Order to Show Cause in writing on or before November 4, 2022. Plaintiff filed a response on November 4, 2022.

　　　　No good cause having been shown as to why this Court should not dismiss this action for lack of prosecution, this action is dismissed..

**IT IS SO ORDERED.**

Dated: November 8, 2022

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Gary Klausner
　　　　　　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE